# Notice Recipients

District/Off: 0756−1      User: admin      Date Created: 08/06/2019
Case: 19−03224−JJG−7      Form ID: b318      Total: 22

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |
| tr | Richard E. Boston | rebch7@bbkcc.com;melaniec@bbkcc.com |
| aty | Alan Wayne McEwan | bankruptcy@doylefoutty.com |
| aty | Thomas M. Thompson | tthompson@tomthompsonlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Corrine N. Kandris | 832 NW B Street | Richmond, IN 47374 | |
| cr | Pennsylvania Housing Finance Agency | Doyle & Foutty, P.C. | 41 E Washington Street  Suite 400 | Indianapolis, IN 46204 |
| 15301174 | Accounts Receivable Management, Inc | 910 West Van Buren | Chicago, IL 60607 | |
| 15301175 | Capital One   Attn: Bankruptcy Department | PO Box 30285 | Salt Lake City, UT 84130−0285 | |
| 15301176 | Citadel Federal Cred U | 520 Eagleview Blvd | Exton, PA 19341 | |
| 15301177 | Credit One | PO Box 98873 | Las Vegas, NV 89193−8873 | |
| 15301178 | Enhanced Recovery Co L | 8014 Bayberry Rd | Jacksonville, FL 32256 | |
| 15301179 | Joshua L Dicupe | 6639 6639 Erdrick Street | Philadelphia, PA 19135 | |
| 15301180 | KML Law Group, PC   Suite 5000 | 701 Market Street | Philadelphia, PA 19106−1532 | |
| 15301181 | Lvnv Funding Llc | Po Box 1269 | Greenville, SC 29602 | |
| 15301182 | Midland Funding | 2365 Northside Dr Ste 30 | San Diego, CA 92108 | |
| 15301183 | Midland Funding LLC   % Blitt & Gaines | 661 Glenn Avenue | Wheeling, IL 60090 | |
| 15301184 | Nationwide Recovery Sv | Pob 8005 | Cleveland, TN 37320 | |
| 15301185 | Pennsylvania Housing Finance Agency | PO Box 15057 | Harrisburg, PA 17101 | |
| 15301186 | Philadelphia Fed Cr Un | 12800 Townsend Rd | Philadelphia, PA 19154 | |
| 15301187 | Portfolio Recov Assoc | 120 Corporate Blvd Ste 100 | Norfolk, VA 23502 | |
| 15301188 | Receivables Performance | 20816 44th Avenue West | Lynnwood, WA 98036 | |
| 15301189 | Waypoint Resource Grou | 301 Sundance Pkwy | Round Rock, TX 78681 | |

TOTAL: 18